[Cite as *Disciplinary Counsel v. Ferreri*, 87 Ohio St.3d 1245, 1999-Ohio-1.]


OFFICE OF DISCIPLINARY COUNSEL *v*. FERRERI.

[Cite as *Disciplinary Counsel v. Ferreri* (1999), 87 Ohio St.3d 1245.]

(No. 98-2636 — Submitted December 29, 1999 — Decided December 30, 1999.)

ON APPLICATION FOR REINSTATEMENT.

On June 9, 1999, this court suspended respondent, Robert A. Ferreri, a.k.a. Robert Anthony Ferreri, Attorney Registration No. 0000860, for a period of eighteen months with the final twelve months stayed, and ordered, pursuant to Gov.Jud.R. III(7)(A), that respondent be suspended without pay from his position as Judge of the Cuyahoga County Court of Common Pleas, Juvenile Division, for six months. On December 9, 1999, respondent filed an application for reinstatement and on December 16, 1999, respondent filed a motion to expedite consideration of the application for reinstatement. Upon consideration thereof,

IT IS ORDERED by the court that respondent's application for reinstatement be denied at this time pending this court's disposition of case No. 99-2175, *Disciplinary Counsel v. Robert A. Ferreri*.

IT IS FURTHER ORDERED by the court that all terms and conditions of the order of suspension entered in this case on June 9, 1999, shall continue in effect until further order of this court.

For earlier case, see *Disciplinary Counsel v. Ferreri* (1999), 85 Ohio St.3d 649, 710 N.E.2d 1107.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.